709 A.2d 793

JAMES H. HAMPTON, PLAINTIFF–PETITIONER, v. STATE
OF NEW JERSEY, DEFENDANT–RESPONDENT.

April 7, 1998.

Petition for certification is granted, and the matter is summarily remanded to the Appellate Division to reinstate the appeal and to consider plaintiff's application on an expedited basis.

709 A.2d 794

JOHN R. BOYLE, PLAINTIFF–PETITIONER, v. DENISE POST,
ETC., ET AL., DEFENDANTS–RESPONDENTS.

May 27, 1998.

Petition for certification is granted and the matter is summarily remanded to the Appellate Division for reconsideration in the light of *New Jersey Manufacturers v. Breen*, 153 *N.J.* 424, 710 *A.*2d 421 (1998).

709 A.2d 794

PATRICK J. DONOHUE, ET AL., PLAINTIFFS–RESPONDENTS,
v. ALLSTATE INSURANCE COMPANY, DEFENDANT–
PETITIONER.

May 27, 1998.

Petition for certification is granted and the matter is summarily remanded to the Appellate Division for reconsideration in the light of *New Jersey Manufacturers v. Breen*, 153 *N.J.* 424, 710 *A.*2d 421 (1998).